UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>YONI GONZALES,<br><br>               Defendant. | Case No. MJ13-51<br><br>**DETENTION ORDER** |

Offense charged:

    Felon in Possession of a Firearm.

Date of Detention Hearing:  January 30, 2013.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

           **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

    Defendant has a lengthy criminal history with convictions for fourth degree assault, unlawful possession of a firearm, harassment, felony drug violations, assault in the second

DETENTION ORDER - 1

degree and tampering with the witness.  The alleged offense was committed while defendant was on state Department of Correction's supervision and while he was pending trial for a sex offense in King County Superior Court.  Defendant's history and conduct establish he poses a risk of danger to the community.  Additionally, defendant has ties to Mexico and El Salvador.  Given the charges he faces, defendant has the incentive and means to flee the country.  Defendant thus poses a risk of flight.

It is therefore **ORDERED**:

(1)  Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 30th of January, 2013.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2